U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

OCT 0 5 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEYOWASKI DOUCET** | **CIVIL ACTION NO. 6:11-cv-0124** |
|       **LA. DOC #511371** | |
| **VS.** | **SECTION P** |
| | **JUDGE HAIK** |
| **TERRY TERRELL, WARDEN ALLEN** | |
| **CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 4th day of ~~July,~~ October 2011.

RICHARD T. HAIK
**UNITED STATES DISTRICT JUDGE**